## PERSONAL INFORMATION

Christinen Barry
1001 Tracy Ave
Excelsior Springs, MO 64024

SS # ***-**-4563   Base Pay Rate $9.50
EMPLOYEE # 00066726
00000000 - Main_00000000 - Main_00000005 - CNA 50027

## EMPLOYER INFORMATION

Lawson #1, Inc
DBA Lawson Manor & Rehab
210 W. 8th Terrace
Lawson, MO 64062
(816) 580-3269

PAY PERIOD 01/01/14 TO 01/15/14
PAY FREQUENCY Semi-Monthly
CHECK DATE 01/24/2014
CHECK # 015040

## EARNINGS/PIECES

| | HOURS | YTD HOURS | AMOUNT | YTD AMT |
|---|---|---|---|---|
| Regular Hours | 31:14 | 77:56 | 296.72 | 740.37 |
| Holiday Hours | 7:30 | 15:00 | 71.25 | 142.50 |
| **TOTAL EARNINGS** | 38:44 | 92:56 | $367.97 | $882.87 |

## FILING STATUS

Federal S 1   +5.00
State   S 2   +5.00

## TAX TYPE

| | AMOUNT | YTD AMT |
|---|---|---|
| Federal | 15.96 | 46.62 |
| FICA | 22.81 | 54.73 |
| Medicare | 5.34 | 12.81 |
| MO State | 5.00 | 12.00 |
| **TOTAL WITHHOLDINGS** | $49.11 | $126.16 |

## ADJUSTMENTS TO YTD

| AMOUNT | YTD AMT |
|---|---|

## ACCRUALS EARNED BALANCE

## DIRECT DEPOSIT INFORMATION

## NET PAY

$318.86   $756.71

## CLOCKED TIME FOR PAY PERIOD

| Date Range | Wednesday | Thursday | Friday | Saturday | Sunday | Monday | Tuesday | Total |
|---|---|---|---|---|---|---|---|---|
| 01/08/14 - 01/14/14 | 0:00 | 0:00 | 0:00 | 15:30 | 15:44 | 0:00 | 0:00 | 31:14 |

## PERSONAL INFORMATION

Christina Dancy
1001 Tracy Ave
Excelsior Springs, MO 64024

SS # ***4563   Base Pay Rate $9.50
EMPLOYEE # 00066726
00000000 - Main_00000002 - Main_00000005 - CNA 50027

## EARNINGS / PIECES

| | HOURS | AMOUNT | YTD AMT |
|---|---|---|---|
| Regular Hours | 61:35 | 139.31 | 1,325.41 |
| Holiday Hours | | 15:00 | 142.50 |

## EMPLOYER INFORMATION

Lawson #1, Inc
DBA Lawson Manor & Rehab
210 W. 8th Terrace
Lawson, MO 64062
(816)580-3269

PAY PERIOD 01/16/14 TO 01/31/14
PAY FREQUENCY Semi-Monthly
CHECK DATE 02/10/2014
CHECK # 013690

### TOTAL EARNINGS
61:35    154.31    $585.04    $1,467.91

### FILING STATUS / TAX RATE

| | | | | AMOUNT | YTD AMT |
|---|---|---|---|---|---|
| Federal | S | 1 | +5.00 | Federal | 37.67 | 84.29 |
| State | S | 2 | +5.00 | FICA | 36.27 | 91.00 |
| | | | | Medicare | 8.48 | 21.29 |
| | | | | MO State | 8.00 | 20.00 |

TOTAL WITHHOLDINGS    $90.42    $216.58

## ACCRUAL EARNED / TAKEN / BALANCE

## ADJUSTMENTS TO MATCH YTD CO MATCH    AMOUNT YTD AMT

## DIRECT DEPOSIT INFORMATION

NET PAY    $494.62    $1,251.33

### CLOCKED TIME INFORMATION FOR PAY PERIOD

| Date Range | Thursday | Friday | Saturday | Sunday | Monday | Tuesday | Wednesday | Total |
|---|---|---|---|---|---|---|---|---|
| 01/16/14 - 01/22/14 | 0:00 | 0:00 | 15:45 | 15:25 | 0:00 | 0:00 | 0:00 | 31:10 |
| 01/23/14 - 01/29/14 | 0:00 | 0:00 | 14:44 | 15:41 | 0:00 | 0:00 | 0:00 | 30:25 |

## MANUAL PAYMENT DETAIL

Lawson #1, Inc
DBA Lawson Manor & Rehab.
210 W. 8th Terrace
Lawson, MO 64062

Paid To:   Christinea Baney
           1001 Tracy Ave
           Excelsior Springs, MO 64024

RE: 2/25/14 less stop payment fee

    Check Date: 03/19/2014
    Check Amount: $ 220.36
    Check #: 016075
    Bank/Acct#: Montgomery Bank #10176608

Comments: Gross: 290.86  Net Pay: 220.36  Federal: 8.25  FICA: 18.03  Medicare: 4.22  MO State: 5.00  8-MISC: 35.00

| PERSONAL INFORMATION | EARNINGS | PIECES | HOURS | YTD HOURS | AMOUNT | YTD AMT |
|---|---|---|---|---|---|---|
| Christina Baxey<br>1001 Tracy Ave<br>Excelsior Springs, MO 64024 | Regular Hours<br>Holiday Hours | | 40:22 | 210:30<br>15:00 | 383.48 | 1,999.75<br>142.50 |

SS # ***4563   Base Pay Rate $9.50
EMPLOYEE # 00066726
00000000 - Main_00000000 - Main_00000005 - CNA 50027

| | TOTAL EARNINGS | | 40:22 | 225:30 | $383.48 | $2,142.25 |
|---|---|---|---|---|---|---|

| EMPLOYER INFORMATION | FILING STATUS | | | TAX TYPE | AMOUNT | YTD AMT |
|---|---|---|---|---|---|---|
| Lawson #1, Inc<br>DBA Lawson Manor & Rehab.<br>210 W. 8th Terrace<br>Lawson, MO 64062<br>(816)580-3269 | Federal  S  1<br>State     S  2 | +5.00<br>+5.00 | | Federal<br>FICA<br>Medicare<br>MO State | 17.51<br>23.78<br>5.56<br>5.00 | 110.05<br>132.81<br>31.07<br>30.00 |

PAY PERIOD 02/16/14 TO 02/28/14
PAY FREQUENCY Semi-Monthly
CHECK DATE 03/10/2014
CHECK # 015985

| | | | | TOTAL WITHHOLDINGS | $51.85 | $303.93 |
|---|---|---|---|---|---|---|

| ACCRUAL | EARNED | TAKEN | BALANCE | ADJUSTMENTS CO MATCH  YTD CO MATCH | AMOUNT | YTD AMT |
|---|---|---|---|---|---|---|

| DIRECT DEPOSIT INFORMATION | NET PAY | AMOUNT | YTD AMT |
|---|---|---|---|
| | | $331.63 | $1,838.32 |

### CLOCKED TIME FOR PAY PERIOD

| Date Range | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total |
|---|---|---|---|---|---|---|---|---|
| 02/16/14 - 02/22/14 | 9:01 | 8:00 | 0:00 | 0:00 | 0:00 | 0:00 | 15:29 | 24:30 |
| 02/23/14 - 03/01/14 | 15:52 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 15:52 |

03/25/2014  02:49   5803083   NURSE   PAGE  10

## PERSONAL INFORMATION

Christinea Baney
1001 Tracy Ave
Excelsior Springs, MO 64024

SS # ***-**-4563  Base Pay Rate $9.50
EMPLOYEE # 00066726
00000000 - Main_00000000 - Main_00000005 - CNA 50027

### EARNINGS / PIECES | HOURS | YTD HOURS | AMOUNT | YTD AMT

| | | | | |
|---|---|---|---|---|
| Regular Hours | 54.28 | 264.58 | 517.43 | 2,517.18 |
| Holiday Hours | | 15.00 | | 142.50 |

## EMPLOYER INFORMATION

Lawson #1, Inc
DBA Lawson Manor & Rehab
210 W. 8th Terrace
Lawson, MO 64062
(816)580-3269

### FILING STATUS | TAX TYPE | AMOUNT | YTD AMT

TOTAL EARNINGS  54.28   279.58   $517.43   $2,669.68

Federal S 1  +5.00    Federal   30.91   140.96
State S 2   +5.00    FICA      32.08   164.89
                     Medicare   7.50    38.57
                     MO State   7.00    37.00

                                 Total  27.23   20.57  6.08

PAY PERIOD 03/01/14 TO 03/15/14
PAY FREQUENCY Semi-Monthly
CHECK DATE 03/25/2014
CHECK # 016030

## ACCRUAL EARNED / TAKEN / BALANCE

## ADJUSTMENTS GO MATCH YTD GO MATCH | AMOUNT | YTD AMT

TOTAL WITHHOLDINGS  $77.49   $381.42

## DIRECT DEPOSIT INFORMATION

### CLOCKED TIME FOR PAY PERIOD

| Date Range | Saturday | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|---|---|---|
| 03/01/14 - 03/07/14 | 16.06 | 7:33 | 0:00 | 3:44 | 0:00 | 0:00 | 0:00 |
| 03/08/14 - 03/14/14 | 7:31 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 13:26 |
| 03/15/14 - 03/21/14 | 6:08 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 |

### NET PAY  $439.94   $2,278.26

## PERSONAL INFORMATION

Christinea Baney
1001 Tracy Ave
Excelsior Springs, MO 64024

SS # ***4563   Base Pay Rate $9.50
EMPLOYEE # 00066726
00000000 - Main_00000000 - Main_00000005 - CNA 50027

## EMPLOYER INFORMATION

Lawson #1, Inc
DBA Lawson Manor & Rehab.
210 W. 8th Terrace
Lawson, MO 64062
(816)580-3269

PAY PERIOD 03/16/14 TO 03/31/14
PAY FREQUENCY Semi-Monthly
CHECK DATE 04/10/2014
CHECK # 016077

| EARNINGS | PIECES | HOURS | YTD HOURS | AMOUNT | YTD AMT |
|---|---|---|---|---|---|
| Regular Hours | | 36:11 | 301:09 | 343.74 | 2,860.92 |
| Holiday Hours | | | 15:00 | | 142.50 |
| **TOTAL EARNINGS** | | **36:11** | **316:09** | **$343.74** | **$3,003.42** |

| FILING STATUS | | | TAX TYPE | AMOUNT | YTD AMT |
|---|---|---|---|---|---|
| Federal | S | 1   +5.00 | Federal | 13.54 | 154.50 |
| State | S | 2   +5.00 | FICA | 21.31 | 186.20 |
| | | | Medicare | 4.98 | 43.55 |
| | | | MO State | 5.00 | 42.00 |
| | | | **TOTAL WITHHOLDINGS** | **$44.83** | **$426.25** |

## ACCRUAL   EARNED   TAKEN   BALANCE

## ADJUSTMENTS   CO MATCH   YTD CO MATCH   AMOUNT   YTD AMT

## DIRECT DEPOSIT INFORMATION

| NET PAY | AMOUNT | YTD AMT |
|---|---|---|
| | $298.91 | $2,542.17 |

### CLOCKED TIME FOR PAY PERIOD

| Date Range | Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Total |
|---|---|---|---|---|---|---|---|---|
| 03/16/14 - 03/22/14 | 6:15 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 6:15 |
| 03/23/14 - 03/29/14 | 6:31 | 0:00 | 0:31 | 0:00 | 0:00 | 0:00 | 15:43 | 22:45 |
| 03/30/14 - 04/05/14 | 7:11 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 0:00 | 7:11 |