**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

## Western District of Missouri
### Case No. <u>14–41373–drd7</u>
### Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Christinea Monique Baney
1001 Tracy Ave
Excelsior Springs, MO 64024–1117

Social Security / Individual Taxpayer ID No.:
xxx–xx–4563

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: <u>7/24/14</u>

<u>Dennis R. Dow</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

**B18 (Official Form 18) (12/07) – Cont.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Missouri

In re:                                                                      Case No. 14-41373-drd
Christinea Monique Baney                                                     Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0866-4          User: admin          Page 1 of 2          Date Rcvd: Jul 24, 2014
                             Form ID: b18          Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2014.
db             Christinea Monique Baney,    1001 Tracy Ave,    Excelsior Springs, MO  64024-1117
15108884       Accounts Management Services,    PO Box 973,    Columbia, MO  65205-0973
15108885       Alliance Radiology,    PO Box 809012,    Kansas City, MO  64180-9012
15108888       Business Revenue Systems,    PO Box 13077,    Des Moines, IA  50310-0077
15108892       Central States Recovery,    PO Box 3130,    Hutchinson, KS  67504-3130
15108894       Clay County Public Health Center,    800 Haines,    Liberty, MO  64068-1006
15108896       Consultants in Gastroenterology,    PO Box 412771,    Kansas City, MO  64141-2771
15108900       Estate Information Services LLC,    PO Box 1730,    Reynoldsburg, OH  43068-8730
15108902       JKR Debt Management Inc,    119 Rockland Ctr Ste 102,    Nanuet, NY  10954-2956
15108903       Kansas Counselors,    PO Box 14765,    Shawnee Mission, KS  66285-4765
15108904       Kay Jewelers,    PO Box 1799,    Akron, OH  44309-1799
15108906       Kyle A. Baney,    6076 SE Tri County Line Rd,    Lawson, MO  64062-7297
15108907       Liberty Emergency Physicians,    PO Box 411375,    Kansas City, MO  64141-1375
15108908      +Liberty Hospital,    2525 Glenn Hendren Dr,    Liberty, MO  64068-9600
15108910       Liberty Hospital,    PO Box 219419,    Kansas City, MO  64121-9419
15108909       Liberty Hospital,    PO Box 219058,    Kansas City, MO  64121-7277
15108911       Nations Recovery Center, Inc.,    6491 Peachtree Industrial Blvd,    Atlanta, GA  30360-2100
15108912       North Kansas City Hospital,    2800 Clay Edwards Dr,    North Kansas City, MO  64116-3220
15108913       Northland OBGYN,    2529 Glenn Hendren Dr Ste 200,    Liberty, MO  64068-9606
15108916       Personalized Collection Services,    PO Box 35421,    Kansas City, MO  64134-5421
15108917       Quest Diagnostics,    PO Box 740780,    Cincinnati, OH  45274-0780
15108918       Schumachergroup,    PO Box 731584,    Dallas, TX  75373-1584
15108919       Swall, Hutchings & Associates,    105 E Mill St,    Liberty, MO  64068-2353
15108920       The Liberty Clinic,    PO Box 219392,    Kansas City, MO  64121-9392
15108921       The Liberty Clinic,    PO Box 871612,    Kansas City, MO  64187-1612
15108923      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Home Mortgage,    8480 Stagecoach Cir,
                Frederick, MD  21701-4747)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: ecfnotices@dor.mo.gov Jul 24 2014 20:44:14     Missouri Department of Revenue,
                General Counsel's Office,    PO Box 475,    Jefferson City, MO  65105-0475
15108887       EDI: ARSN.COM Jul 24 2014 20:38:00     ARS National,    PO Box 463023,    Escondido, CA  92046-3023
15108886      +EDI: RMCB.COM Jul 24 2014 20:38:00     American Medical Collection Agency,
                4 Westchester Plz Bldg 4,    Elmsford, NY 10523-1615
15108893       EDI: CITICORP.COM Jul 24 2014 20:38:00     Citi,    PO Box 20363,    Kansas City, MO  64195-0363
15108895       E-mail/Text: jetter@cacu.com Jul 24 2014 20:44:45     Community America Credit Union,
                PO Box 15950,    Lenexa, KS  66285-5950
15108889       E-mail/Text: cms-bk@cms-collect.com Jul 24 2014 20:44:29     Capital Management Services,
                698 1/2 S Ogden St,    Buffalo, NY  14206-2317
15108890       EDI: CAPITALONE.COM Jul 24 2014 20:38:00     Capital One,    PO Box 30285,
                Salt Lake City, UT  84130-0285
15108891       EDI: CAPITALONE.COM Jul 24 2014 20:38:00     Capital One/Best Buy,    PO Box 30253,
                Salt Lake City, UT  84130-0253
15108897      +EDI: CCS.COM Jul 24 2014 20:38:00     Credit Collection Services,    2 Wells Ave,
                Newton, MA 02459-3246
15108898      +EDI: CREDPROT.COM Jul 24 2014 20:38:00     Credit Protection Association LP,    13355 Noel Rd,
                Dallas, TX 75240-6837
15108899       E-mail/Text: electronicbkydocs@nelnet.net Jul 24 2014 20:44:45     Department of Education,
                121 S 13th St,    Lincoln, NE  68508-1904
15108901       E-mail/Text: Bankruptcy@icsystem.com Jul 24 2014 20:44:42     IC Systems,    444 Highway 96 E,
                Saint Paul, MN  55127-2557
15108905       EDI: CBSKOHLS.COM Jul 24 2014 20:38:00     Kohls,    PO Box 3115,    Milwaukee, WI  53201-3115
15108915       E-mail/Text: bankruptcy@optimarecoveryservices.com Jul 24 2014 20:45:04
                Optima Recovery Services,    6215 Kingston Pike,    Knoxville, TN  37919-4044
15108914       E-mail/Text: bankruptcy@optimarecoveryservices.com Jul 24 2014 20:45:07
                Optima Recovery Services,    6215 Kingston Pike Ste A,    Knoxville, TN  37919-4044
15108922       EDI: AFNIVZWIRE.COM Jul 24 2014 20:38:00     Verizon,    PO Box 25505,
                Lehigh Valley, PA  18002-5505
                                                                                          TOTAL: 16


         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0866-4          User: admin              Page 2 of 2          Date Rcvd: Jul 24, 2014
                              Form ID: b18              Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2014                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2014 at the address(es) listed below:
          Erlene W. Krigel    ekrigel@krigelandkrigel.com,  MO10@ecfcbis.com;erlenekrigel@gmail.com
          Jonathon B. Burford    on behalf of Creditor    Wells Fargo Bank, N.A. wdmo@km-law.com
          Steven A. Shepherd    on behalf of Debtor Christinea Monique Baney steve@llckc.com,
          courts@llckc.com
                                                                                       TOTAL: 3
```